M. P. No. 74-53. HENRY LAPLUME *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to the petition

for writ of habeas corpus and therein to *show cause*, if any, why the writ should not issue as prayed and why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. The stay of the Superior Court order entered on March 1, 1974 shall continue in effect until further order of court. Roberts, C. J. not participating. *Lynch, Walsh & Cobleigh, John D. Lynch,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.